N. C. HUGHES et al. v. E. R. CROOKER.

*Ward & Grimes* for plaintiff.
*W. C. Rodman* for defendant.

PER CURIAM. The Court below has found as a fact that the defendant is a non-resident of North Carolina, and we find there is sufficient evidence to support such finding. The motion to dissolve the attachment was properly denied.

Affirmed.